IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BENNY M. WEST                                                                    PLAINTIFF

vs.                                              CIVIL ACTION NO. 4:09-cv-00104-DPJ-FKB

ARGONAUT GREAT CENTRAL
INSURANCE COMPANY                                                                DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion *ore tenus* of the parties to dismiss Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE


APPROVED AND AGREED TO:

*s/ David Michael Huggins*
DAVID MICHAEL HUGGINS - BAR #2876
dmh@tokhmobile.com
Attorney for Plaintiff


*s/ John A. Waits*
JOHN A. WAITS - BAR # 99259
jwaits@danielcoker.com
Attorney for Defendant